UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20- MJ-03236

UNITED STATES OF AMERICA,

v.

DENNIS NOBBE,

    Defendant.
_____/

### NOTICE RE: FORTEITURE PROCEEEDING

    The undersigned attorney notifies the Court and the Government that the undersigned does not represent the Estate of the Defendant, Dennis Nobbe. Twice recently, with the most recent being December 7, 2020, the undersigned received notices to the Estate of Dennis Nobbe. (see the attached). The undersigned does not represent his estate. The undersigned's representation ceased with Mr. Nobbe's passing and the dismissal of his case. The Government should contact his daughters, Ashley Winkler (ashwinkler3@gmail.com), and Callen Nobbe (callenmnobbe@gmail.com), as they may have information regarding his estate

### Certificate of Service

    I HEREBY CERTIFY that the government's counsel was sent a copy of this document via the e-filing portal as well as via email on December 7, 2020.

    H. DOHN WILLIAMS JR.
    Attorney for Defendant
    633 SE 3rd Avenue #202
    Fort Lauderdale, FL 33301
    444 W. Palmetto Park Road #D201
    Boca Raton, FL 33432
    Tel. (561) 929-5432 Main Number
    e-file pleadings - hdohn@outlook.com
    e-mail gen. correspondence – hdohn@outlook.com

    By:  /s/: Harry Dohn Williams Jr.
           Harry Dohn Williams Jr.
           Fla. Bar # 0166087



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, DC  20535*

The Estate of Dennis Nobbe
c/o Harry Dohn Williams Jr. Esq.
990 NW 5th Street
Boca Raton, FL 33486

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| Notice Date: November 25, 2020 | Asset ID Number: Multiple Assets |
|---|---|
| Notice Letter ID: 218816 (use ID when searching for assets during online filing) ||
| Description of Seized Property:   See Attached List ||
| Seizure Date and Location:   See Attached List ||
| Forfeiture Authority:   See Attached List ||

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

   **TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

   A. **What to File:**  You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

   B. **To File a Petition:**  A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Federal Bureau of Investigation (FBI), Attn: Forfeiture Paralegal Specialist, 2030 SW 145th Avenue, Miramar, FL 33027.  It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice.  *See* 28 C.F.R. Parts 8 and 9.

   C. **Requirements for Petition:**  The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. § 1746.

   D. **Petition Forms:**  A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm   If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

   E. **Supporting Evidence**:  Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

   F. **No Attorney Required:**  You do not need an attorney to file a petition.  You may, however, hire an attorney to represent you in filing a petition.

   G. **Petition Granting Authority:**  The ruling official in administrative forfeiture cases is the Unit Chief, Legal Forfeiture Unit, Office of the General Counsel.  The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice.  *See* 28 C.F.R. § 9.1.

   H. **Regulations for Petition:**  The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

   I. **Penalties for Filing False or Frivolous Petitions:**  A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.

The Estate of Dennis Nobbe                                    Notice of Seizure

    J.  **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

II. **TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.**
*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

    A.  **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the FBI, Attn: Forfeiture Paralegal Specialist, 2030 SW 145th Avenue, Miramar, FL 33027.

    B.  **Time Limits:** A claim must be filed within 35 days of the date of this letter, therefore, you must file your claim by **11:59 PM EST** on **December 30, 2020**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

    C.  **Requirements for Claim:** A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

    D.  **Claim Forms:** A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

    E.  **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

    F.  **No Attorney Required:** You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

    G.  **When You File a Claim:** A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

    H.  **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

    I.  **If No Claim is Filed:** Failure to file a claim by **11:59 PM EST** on **December 30, 2020** may result in the property being forfeited to the United States.

    J.  **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

III. **TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP**

    A.  **Hardship Release:** Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.

    B.  **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
- Claimant has a possessory interest in the property.
- Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
- Government's continued possession will cause a substantial hardship to the claimant.

    C.  **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

The Estate of Dennis Nobbe          Notice of Seizure

**Asset List**

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on July 23, 2020 by the FBI at Miami, Florida.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC 981(a)(1)(C) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 20-FBI-004819 | $2,326.67 in funds from account number 0000241730239, held in the name of Dynamic Medical Services, Inc., at BB&T Bank, now Truist Financial, in Miami, FL | $2,326.67 | 241730239 |
| 20-FBI-004820 | $81,382.00 in funds from account number 0000242392701, held in the name of Creative Chiropractic, LLC, at BB&T Bank, now Truist Financial, in Miami, FL | $81,382.00 | 242392701 |

U.S. Department of Justice
Federal Bureau of Investigation

P.O. Box 5
Washington, D.C. 20044-0005

Official Business
Penalty for Private Use $300







9414 7266 9904 2965 0588 55
**Return Receipt Requested**



3460-20-0249 & 0250
The Estate of Dennis Nobbe
c/o Harry Dohn Williams Jr. Esq.
990 NW 5th Street
Boca Raton, FL 33480

39486-343280





U.S. Department of Justice

Federal Bureau of Investigation

*Washington, DC  20535*

The Estate of Dennis Nobbe
c/o Harry Dohn Williams Jr. Esq.
444 W Palmetto Park Road
# D201
Boca Raton, FL 33432

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** November 25, 2020 | **Asset ID Number:** Multiple Assets |
| **Notice Letter ID:** 218818 (use ID when searching for assets during online filing) ||
| **Description of Seized Property:** See Attached List ||
| **Seizure Date and Location:** See Attached List ||
| **Forfeiture Authority:** See Attached List ||

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

   **TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

   A. **What to File:** You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
   B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Federal Bureau of Investigation (FBI), Attn: Forfeiture Paralegal Specialist, 2030 SW 145th Avenue, Miramar, FL 33027. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. See 28 C.F.R. Parts 8 and 9.
   C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. § 1746.
   D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
   E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.
   F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.
   G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Unit Chief, Legal Forfeiture Unit, Office of the General Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. See 28 C.F.R. § 9.1.
   H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.
   I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.

The Estate of Dennis Nobbe                                    Notice of Seizure

    J.  **Online Petition Exclusions:**  If you cannot find the desired assets online, you must file your petition in writing at the address listed above.  For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.
*If you do not file a claim, you will waive your right to contest the forfeiture of the asset.  Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

    A.  **To File a Claim:**  A claim must be filed to contest the forfeiture.  A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the FBI, Attn: Forfeiture Paralegal Specialist, 2030 SW 145th Avenue, Miramar, FL 33027.

    B.  **Time Limits**:  A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **December 30, 2020**.  *See* 18 U.S.C. § 983(a)(2).  A claim is deemed filed on the date received by the agency at the address listed above.

    C.  **Requirements for Claim**:  A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

    D.  **Claim Forms**:  A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm.  *See* 18 U.S.C. § 983(a)(2)(D).  If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

    E.  **Supporting Evidence**:  Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

    F.  **No Attorney Required**:  You do not need an attorney to file a claim.  You may, however, hire an attorney to represent you in filing a claim.

    G.  **When You File a Claim**:  A timely claim stops the administrative forfeiture proceeding.  The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings.  You may also file a petition for remission or mitigation.

    H.  **Penalties for Filing False or Frivolous Claims:**  If you intentionally file a frivolous claim you may be subject to a civil fine.  *See* 18 U.S.C. § 983(h).  If you intentionally file a claim containing false information, you may be subject to criminal prosecution.  *See* 18 U.S.C. § 1001.

    I.  **If No Claim is Filed**:  Failure to file a claim by **11:59 PM EST** on **December 30, 2020** may result in the property being forfeited to the United States.

    J.  **Online Claim Exclusions:**  If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above.  For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

    A.  **Hardship Release**:  Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.

    B.  **To File Hardship Release:**  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following:
- Claimant has a possessory interest in the property;
- Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
- Government's continued possession will cause a substantial hardship to the claimant.

    C.  **Regulations for Hardship:**  A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15.  Some assets are not eligible for release.

ne Estate of Dennis Nobbe							Notice of Seizure

Asset List

Seizure Date and Location:   The asset(s) referenced in this notice letter were seized on July 23, 2020 by the FBI at Miami, Florida.

Forfeiture Authority:   The forfeiture of this property has been initiated pursuant to 18 USC 981(a)(1)(C) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 20-FBI-004819 | $2,326.67 in funds from account number 0000241730239, held in the name of Dynamic Medical Services, Inc., at BB&T Bank, now Truist Financial, in Miami, FL | $2,326.67 | 241730239 |
| 20-FBI-004820 | $81,382.00 in funds from account number 0000242392701, held in the name of Creative Chiropractic, LLC, at BB&T Bank, now Truist Financial, in Miami, FL | $81,382.00 | 242392701 |